PER CURIAM.
Affirmed. Vaughn v. Smith, 96 So.2d 143 (Fla.1957); Hobbs Construction and Development, Inc. v. Presbyterian Homes of Synod of Florida, 440 So.2d 673 (Fla.1st *2 DCA 1983); W.N. Robbins Electric, Inc. v. Intercontinental Group, Inc., 374 So.2d 21 (Fla.3d DCA 1979); Jaquin-Florida Distilling Company v. Reynolds, Smith and Hills, Architects-Engineers-Planners, Incorporated, 319 So.2d 604 (Fla.1st DCA 1975); Palmer v. Thomas, 284 So.2d 709 (Fla.lst DCA 1973); Sections 713.06(2)(a) and 713.31(2)(c) Florida Statutes (1981); Section 1.260(c) Florida Rules Civil Procedure.